UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   04 CV 1518 (NG)
RAFIU AJADI ABIMBOLA,

                    Petitioner,

  - against -                                      ORDER

UNITED STATES OF AMERICA,

                    Respondent.
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

By motion dated May 25, 2005, petitioner seeks reconsideration of the court's order, dated April 19, 2005, denying his Section 2255 petition, and declining to issue a certificate of appealability. Petitioner fails to identify any matters or controlling decisions overlooked by the court, as required by Local Civil Rule 6.3; instead, he merely restates arguments previously advanced in support of his petition. Accordingly, petitioner's motion for reconsideration is denied.

                                                      **SO ORDERED.**

                                                     /S/
                                                 **NINA GERSHON**
                                                 **United States District Judge**

Dated: Brooklyn, New York
       June 9, 2005